# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

KAREN E. GRIFFIN,

          Plaintiff,

v.

TOWN AND COUNTRY CREDIT CORP.
and AMERIQUEST MORTGAGE
COMPANY,

          Defendants.

C.A. No. 07-10660-NMG

## DEFENDANT AMERIQUEST MORTGAGE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Ameriquest Mortgage Company ("Ameriquest") hereby discloses that it is a wholly owned subsidiary of ACC Capital Holdings Corporation and that there is no publicly held company that owns 10% or more of Ameriquest stock.

AMERIQUEST MORTGAGE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP


/s/ Steven E. Snow
Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED:  May 18, 2007

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 18th day of May, 2007, I electronically filed the foregoing DEFENDANT AMERIQUEST MORTGAGE COMPANY'S CORPORATE DISCLOSURE STATEMENT with the Clerk of the United States District Court for the District of Massachusetts using the CM/ECF System.  The following participants have received notice electronically:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Steven E. Snow

918636_1/6699-3

2