# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN E. GRIFFIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TOWN AND COUNTRY CREDIT CORP.<br>and AMERIQUEST MORTGAGE<br>COMPANY,<br><br>　　　　　Defendants. | C.A. No. 07-10660-NMG |

### DEFENDANT TOWN AND COUNTRY CREDIT CORP.'S
### CORPORATE DISCLOSURE STATEMENT

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Town and Country Credit Corp. ("Town and Country") hereby discloses that it is a wholly owned subsidiary of ACC Capital Holdings Corporation and that there is no publicly held company that owns 10% or more of Town and Country stock.

　　　　　　　　　　　　　　　　　　　　TOWN AND COUNTRY CREDIT CORP.

　　　　　　　　　　　　　　　　　　　　By Its Attorneys,

　　　　　　　　　　　　　　　　　　　　PARTRIDGE SNOW & HAHN LLP


　　　　　　　　　　　　　　　　　　　　/s/ Steven E. Snow
　　　　　　　　　　　　　　　　　　　　Steven E. Snow (#1774)
　　　　　　　　　　　　　　　　　　　　180 South Main Street
　　　　　　　　　　　　　　　　　　　　Providence, RI 02903
　　　　　　　　　　　　　　　　　　　　(401) 861-8200
　　　　　　　　　　　　　　　　　　　　(401) 861-8210 FAX
　　　　　　　　　　　　　　　　　　　　ses@psh.com

DATED:  May 18, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of May, 2007, I electronically filed the foregoing DEFENDANT TOWN AND COUNTRY CREDIT CORP.'S CORPORATE DISCLOSURE STATEMENT with the Clerk of the United States District Court for the District of Massachusetts using the CM/ECF System. The following participants have received notice electronically:

    Christopher M. Lefebvre, Esq.
    Claude Lefebvre, Esq.

                                                          /s/ Steven E. Snow

918635_1/6699-3