IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KAREN E. GRIFFIN :
     Plaintiff, :
:
VS. :
: C.A. No.07-10660-NMG
TOWN AND COUNTRY :
CREDIT CORP. and :
AMERIQUEST MORTGAGE :
COMPANY :
     Defendants :

## ANSWER OF PLAINTIFF TO DEFENDANTS' TOWN AND COUNTRY CREDIT CORP AND AMERIQUEST MORTGAGE COMPANY COUNTERCLAIM

Plaintiff Karen E. Griffin ("Plaintiff") by and through her attorney, Christopher M. Lefebvre, hereby answers the Counterclaim filed by the Defendants Town and Country Credit Corp and Ameriquest Mortgage Company ("Defendants"), and states:

1. Plaintiff admits the allegations set forth in paragraphs 1, 2, 3, 6, and 7 of the Defendants' Counterclaim.

2. Plaintiff denies the allegations set forth in paragraphs 4, 8, and 9 of the Defendants' Counterclaim.

3. The remainder of the Defendants' Counterclaim is a prayer for relief to which the Plaintiff is not required to respond. To the extent that a further response may be required, Plaintiff prays that the Defendants' Counterclaim be dismissed with prejudice and that the Court enter a judgment in favor on all counts of the Complaint, that Plaintiff be awarded her costs and expenses including attorney's fees, and for such other relief as the Court deems proper.

WHEREFORE, Plaintiff Karen E. Griffin prays that the Court dismiss the Defendants' Town and Country Credit Corp and Ameriquest Mortgage Company Counterclaim.

Respectfully submitted,

/s/Christopher M. Lefebvre
Claude Lefebvre Christopher Lefebvre PC
P.O. Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO#629056
Lefeblaw@aol.com

## CERTIFICATION

I hereby certify that on May 21th 2007, I electronically filed the Answer of Plaintiff Karen E. Griffin to Defendants' Town and Country Credit Corp and Ameriquest Mortgage Company Counterclaim with the Clerk of the United States District Court for the District of Massachusetts using the CM/ECF System.  The following participant has received notice electronically: Steven E. Snow at ses@phs.com; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, a copy of this document to non CM/ECF participants: none.

/s/Christopher M. Lefebvre