# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:07–cv–10660–NMG

Griffin v. Town and Country Credit Corp. et al  
Assigned to: Judge Nathaniel M. Gorton  
Cause: 15:1601 Truth in Lending  

Date Filed: 04/05/2007  
Jury Demand: Plaintiff  
Nature of Suit: 371 Truth in Lending  
Jurisdiction: Federal Question  

**Plaintiff**

**Karen Griffin**     represented by     **Christopher M. Lefebvre**  
PO Box 479  
Pawtucket, RI 02862  
401–728–6060  
Fax: 401–728–6534  
Email: court@lefebvrelaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

V.

**Defendant**

**Town and Country Credit Corp.**     represented by     **Steven E. Snow**  
Partridge, Snow &Hahn  
180 South Main Street  
Providence, RI 02903  
401–861–8200  
Fax: 401–861–8210  
Email: ses@psh.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**Ameriquest Mortgage Company**     represented by     **Steven E. Snow**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Counter Claimant**

**Town and Country Credit Corp.**     represented by     **Steven E. Snow**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Counter Claimant**

**Ameriquest Mortgage Company**     represented by     **Steven E. Snow**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

| | |
|---|---|
| **Karen Griffin** | represented by **Christopher M. Lefebvre**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2007 | 1 | COMPLAINT against Town and Country Credit Corp., Ameriquest Mortgage Company, filed by Karen Griffin. (Attachments: # 1 Civil Cover Sheet)(York, Steve) Additional attachment(s) added on 4/18/2007 (York, Steve). (Entered: 04/05/2007) |
| 04/05/2007 | | ELECTRONIC NOTICE of Case Assignment. Judge Nathaniel M. Gorton assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler (York, Steve) (Entered: 04/05/2007) |
| 04/05/2007 | | Summons Issued as to Town and Country Credit Corp., Ameriquest Mortgage Company. (York, Steve) (Entered: 04/05/2007) |
| 04/06/2007 | | Filing fee: $ 350.00, receipt number 79287 for 1 Complaint (Sonnenberg, Elizabeth) (Entered: 04/06/2007) |
| 04/27/2007 | 2 | Assented to MOTION for Extension of Time to 06/15/2007 to File Answer re 1 Complaint by Town and Country Credit Corp., Ameriquest Mortgage Company.(Snow, Steven) (Entered: 04/27/2007) |
| 05/18/2007 | 3 | CORPORATE DISCLOSURE STATEMENT by Ameriquest Mortgage Company. (Snow, Steven) (Entered: 05/18/2007) |
| 05/18/2007 | 4 | CORPORATE DISCLOSURE STATEMENT by Town and Country Credit Corp.. (Snow, Steven) (Entered: 05/18/2007) |
| 05/18/2007 | 5 | ANSWER to Complaint, COUNTERCLAIM against Karen Griffin by Town and Country Credit Corp., Ameriquest Mortgage Company.(Snow, Steven) (Entered: 05/18/2007) |
| 05/21/2007 | 6 | *Plaintiff Karen E. Griffin* ANSWER to Counterclaim *filed by Defendants Town and Country Credit Corp and Ameriquest Mortgage Company* by Karen Griffin.(Lefebvre, Christopher) (Entered: 05/21/2007) |
| 05/23/2007 | 7 | Copy of MDL Conditional Transfer Order number 21 in MDL Case 1715 received from the MDL Panel requesting transfer of case. (Jones, Sherry) (Entered: 06/14/2007) |
| 06/19/2007 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 2 Motion for Extension of Time to Answer Town and Country Credit Corp. answer due 6/15/2007; Ameriquest Mortgage Company answer due 6/15/2007. (Nicewicz, Craig) (Entered: 06/19/2007) |
| 11/19/2007 | 8 | Certified copy received via email of MDL Conditional Transfer Order number 21 in MDL Case 1715 received from the Northern District of Illinois requesting transfer of case for consolidated pretrial proceedings. (Attachments: # 1 certified transfer order) (Jones, Sherry) (Entered: 11/19/2007) |