IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **KAREN E. GRIFFIN**<br>　　　　**Plaintiff,**<br><br>VS.<br><br>**AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., AMERIQUEST MORTGAGE SECURITIES, TOWN & COUNTRY CREDIT,** and **DOES 1-5**<br><br>　　　　**Defendants** | C.A. 07-06237<br><br>(Originally C.A. 07-10660 (MA))<br><br>Transferred to Judge Aspen for Pretrial Proceedings under MDL # 1715, Lead Case C.A. 05-07097 |

## NOTICE OF MOTION

TO:　SEE ATTACHED SERVICE LIST

　　　　**PLEASE TAKE NOTICE** that, on Thursday, March 20, 2008 at 10am, we shall appear before the Honorable Judge Aspen in Room 2568 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　/s/ Christopher M. Lefebvre

　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*
　　　　　　　　　　　　　　　　Christopher M. Lefebvre
　　　　　　　　　　　　　　　　Claude Lefebvre, Christopher Lefebvre P.C.
　　　　　　　　　　　　　　　　P.O. Box 479
　　　　　　　　　　　　　　　　Pawtucket, RI 02862
　　　　　　　　　　　　　　　　(401) 728-6060
　　　　　　　　　　　　　　　　(401) 728-6534 (FAX)
　　　　　　　　　　　　　　　　Chris@lefebvrelaw.com

## CERTIFICATE OF SERVICE

I, Christopher M. Lefebvre, hereby certify that on February 22, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent by e-mail or via U.S. Mail to those parties not registered with the court's electronic filing system.

Bernard E. LeSage
blesage@buchalter.com


/s/ Christopher M. Lefebvre