AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

KAREN E. GRIFFIN,

V.

AMERIQUEST MORTGAGE COMPANY,
AMC MORTGAGE SERVICES, INC.,
AMERIQUEST MORTGAGE SECURITIES,
TOWN & COUNTRY CREDIT,
and DOES 1-5

CASE NUMBER: 07-06237, under MDL #1715

ASSIGNED JUDGE: Judge Marvin E. Aspen

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Town & Country Credit
c/o National Registered Agents, Inc.,
303 Congress Street, 2nd. Floor, Boston, MA 02110

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
P.O. Box 479
Pawtucket, RI 02862

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK



May 22, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ amended & exhibits | June 6, 2008    3:25PM |
| NAME OF SERVER (PRINT)<br>Michael B. Fixman | TITLE<br>Process Server, A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served in hand to Andrew Humphrey, messenger for National Registered Agents, Inc. and agent authorized to accept service on behalf of Town & Country Credit. Served at 303 Congress St, 2nd fl, Boston, MA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $25.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 6, 2008                    _[signature]_
                   Date                        Signature of Server
                                               72 Hancock St, Everett, MA

                                               Address of Server

_[signature]_
ALBERT F. PALLADINO, Notary Public
My Commission Expires June 23, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.